# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**In the Matter of:  William G. Powers v. Cook County Illinois**

Case Number:  08 C 1773

Judge Hibbler

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Defendant:  Cook County

| (A) | (B) |
|---|---|
| SIGNATURE  s/ Julie Ann Sebastian | SIGNATURE |
| NAME  Julie Ann Sebastian | NAME |
| FIRM  Cook County State's Attorney's Office | FIRM |
| STREET ADDRESS  562 Richard J. Daley Center | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  (312) 603-3359 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6195618 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  NO | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES | TRIAL ATTORNEY?  YES ☐  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |