# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM G. POWERS,       Plaintiff, | ) ) ) | |
| v. | ) ) | 08 C 1773 |
| COOK COUNTY, ILLINOIS,       Defendant. | ) ) ) | Honorable William J. Hibbler |

## CERTIFICATE OF SERVICE

I, Julie Ann Sebastian, Assistant State's Attorney, certify that this NOTICE and attachment were served upon counsel electronically.

>s/ Julie Ann Sebastian, A.S.A.
>Julie Ann Sebastian
>Assistant State's Attorney
>562 Richard J. Daley Center
>Chicago, Illinois 60602
>(312) 603-3359
>ARDC # 6195618