# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM G. POWERS,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | 08 C 1773 |
| | ) | |
| COOK COUNTY, ILLINOIS,<br>    Defendant. | )<br>) | Honorable William J. Hibbler |

### COOK COUNTY'S NOTICE OF FILING

PLEASE TAKE NOTICE that on April 17, 2008, Defendant electronically filed its Appearance with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

**RICHARD A. DEVINE**
**State's Attorney of Cook County**
By: */s/ Julie Ann Sebastian*
Julie Ann Sebastian
Assistant State's Attorney
562 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3359
ARDC # 6195618