IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **WILLIAM G. POWERS,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    **No. 08 C 1773** |
| | ) **Honorable William J. Hibbler** |
| **COOK COUNTY, ILLINOIS,** | ) |
|     **Defendant.** | ) |

## NOTICE OF FILING

TO:    Carey M. Stein
          Ashman & Stein
          150 North Wacker Drive, Suite 3000
          Chicago, Illinois  60606

      PLEASE TAKE NOTICE that on May 12, 2008, Defendant electronically filed COOK COUNTY'S ANSWER AND AFFIRMATIVE DEFENSES with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                    By*:*  */s/ Julie Ann Sebastian*
                            Julie Ann Sebastian
                            Assistant State's Attorney
                            500 Richard J. Daley Center
                            Chicago, Illinois 60602
                            (312) 603-3359
                            ARDC # 6195618