## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WILLIAM G. POWERS,<br>    Plaintiff,<br><br>    v.<br><br>COOK COUNTY, ILLINOIS,<br>    Defendant. | )<br>)<br>)<br>)          No. 08 C 1773<br>) **Honorable William J. Hibbler**<br>)<br>) |

## CERTIFICATE OF SERVICE

    I, Julie Ann Sebastian, Assistant State's Attorney, hereby certify that I filed a notice of filing, together with COOK COUNTY'S ANSWER AND AFFIRMATIVE DEFENSES, by electronic filing with the Clerk of the District Court on May 12, 2008.

                                                s/ Julie Ann Sebastian, A.S.A.