UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William G. Powers
                  Plaintiff,

v.                                          Case No.: 1:08−cv−01773
                                                 Honorable William J. Hibbler

Cook County Illinois
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/18/2008. Defendant does not appear. Status hearing continued to 7/17/2008 at 09:30 AM. Parties to submit agreed proposed discovery schedule to the Court by 7/14/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.