## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

William G. Powers

                Plaintiff,

v.                                   Case No.: 1:08–cv–01773
                                               Honorable William J. Hibbler

Cook County Illinois

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 7/17/2008 and continued to 9/4/2008 at 09:30 AM. The Court adopts the parties report of planning meeting. Parties to comply with FRCP 26(a)(1) by 7/25/08. Parties given to and including 10/30/08 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 10/30/2008. Dispositive motions with supporting memoranda due by 11/28/2008. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.